UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | CRIMINAL NO. 99-10322-PBS |
| ) | |
| PAUL WHOOTEN,       ) | |
| Defendant.   ) | |

**ORDER**

August 9, 2001

Saris, U.S.D.J.

The Speedy Trial Report prepared by the Clerk discloses that the above-captioned case has outstanding Count(s) in the Indictment which the Office of the United States Attorney stated it intended to dismiss after sentencing. The Court will dismiss the Count(s) for lack of prosecution within fourteen (14) days unless the government shows good cause.

PATTI B. SARIS
United States District Judge

140